

## NUMBER 13-14-00709-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JUAN MEDINA,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

### On appeal from the 105th District Court
### of Nueces County, Texas.

## ORDER TO FILE BRIEF

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on the State's first motion for extension of time to file the brief in this matter. The State's brief in this matter was due on May 14, 2015. The State is requesting until August 12, 2015, to file its brief.

The Court, having fully examined and considered the State's motion for extension

of time to file the brief, is of the opinion that, in the interest of justice, the State's motion for extension of time to file the brief should be granted with order.

The Court GRANTS IN PART and DENIES IN PART the State's motion for extension of time.   This motion is GRANTED insofar as the Court will extend the State's deadline to file its brief until July 13, 2015.   This motion is DENIED insofar as the Court will not allow an extension until August 12, 2015.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of May, 2015.